19cv1094 KG-KK

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 22 2019
MITCHELL R. ELFERS
CLERK

TO: Honorable Judge in District Court

I Scot A Andrews do swear under oath that the following statements are true.

1. Living conditions are below standards in Curry County Adult Detention Center.

2. Black Mold in Ventilation System

3. Several people within the Bravo Delta Pod have been transported to hospital including myself due to chest pains. The tests all came back as inconclusive?

4. I was told I was supposed to have a Stress Test scheduled. Nothing yet. Been 2 wks +.

5. I was told to have a followup with Specialist for Eyes, Ears, & Throat, possible Cancer. (Lymphoma) Non Hodgkins. Nothing yet 2 wks +.

I am Poor (Indigent) I don't know the Legal System but believe my Rights & served my country for have been violated.

Copies of this will be sent to Sheriffs Dept. & FNF Risk Management in Santa Fe, N.M.

Thank you for your consideration in these matters.

Respectfully,
Scot A Andrews
[signature]

Scot Andrews 62762
401D
80, Mitchell ST
Clovis, N.M.
88101

United States District Court
District of New Mexico
Office of The Clerk
Suite 270
333 Lomas Blvd, N.W.
Albuquerque, New Mexico
87102

87102-227470